D.C. Nos.: CV-05-00055-HRH

CR-99-00036-14-HRH

RECEIVED

FEB 2 2007

CLERK, U.S. ...
ANCHORAGE, ALASKA

Case Name: UNITED STATES OF AMERICA v. FELIPE SANCHEZ MONTES

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and a party to the within action. My business address is U.S.P. Victorville, P.O. Box 5500, Adelanto, CA 92301. On February 22, 2007, I served the following documents:

NOTICE OF MOTION AND PRO-SE DEFENDANT'S MOTION FOR THE ENTRY OF THE JUDGEMENT IN A SEPARATE DOCUMENT PURSUANT TO FED. R. CIV. P. 58(a)(d) IN RESPECT TO ORDER DENYING 28 U.S.C. § 2255 MOTION

By placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the institution's mail room addressed as set forth below.

| | |
|---|---|
| Clerk of the Court | Audrey Renshen |
| U. S. District Court | U. S. Attorney's Office |
| for the District of Alaska | 222 W. 7th Avenue Rm. C-253 |
| 222 W. 7th Avenue #4 | Anchorage, Alaska 99513 |
| Anchorage, Alaska 99513 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 22, 2007, at Adelanto, CA

*Felipe Montes*
Felipe Sanchez Montes