FILED
MAR 29 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
 Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,
    Plaintiff,

    Case Number A99-0036-14 CR (HRH)
    Case Number A05-0055 CV (HRH)

v.

FELIPE SANCHEZ-MONTES,
    Defendant.

**JUDGMENT IN A § 2255 CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Mr. Sanchez-Montes' application for post-conviction relief under 28 U.S.C. § 2255 is **DISMISSED without prejudice.**

APPROVED:

_____
H. Russel Holland
United States District Judge

3-29-05
Date

Ida Romack
Clerk of Court

_____
(By) Deputy Clerk

RECEIVED
MAR 30 2005
CHAMBERS, U.S. DISTRICT JUDGE
H. RUSSEL HOLLAND

A99-0036--CR (HRH)
--------------------
✓F. MONTES
✓J. BARKELEY (USA)
✓US PROBATION
✓MAGISTRATE JUDGE ROBERTS
✓US MARSHAL

3-29-05

H
N-595