

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
FEB 19 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| PLAINTIFF | CASE # 3:99-CR-0036-HRH |
| VS. | REQUEST FOR APPOINTM- |
| FANNY MARGARITA PALACIOS-IBARRA | ENT OF COUNCIL TO HELP |
| ET-AL | DEFENDANT FILE FOR A |
| DEFENDANT | CORRECTION OF SENTENCE |
| | UNDER REVISED SENTENCING |
| | COMMISSION GUIDELINES |

COMES NOW DEFENDANT FELIPE MONTES TO STATE AS FOLLOW'S

[1] THAT HE WISHES TO FILE FOR A RVISED SENTENCE UNDER THE REVISED SENTENCING COMMISSION GUIDELINES .

[2] THAT DEFENDANT NEEDS THE ASSISTANCE OF CONCIL TO HELP HIM PREPAIR AND FILE THE CORRECT PAPER'S TO SEEK THIS RELEIF THAT HE IS ENTITLED TO BY THE NEW LAW ..

[3] WHEREFORE DEFENDANT PRAYES THAT THIS COURT WILL SO ORDER

DATED 2/12/08

SIGNED BY F Mont



NAME FELIPE MONTES
REG # 13723-006
UNITED STATES PENITENTIARY
P.O. BOX 5500
ADELANTO, CA 92301

SAN BERNARDINO CA 923
14 FEB 2008 PM 5 T

LEGAL MAIL

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL BUILDING U.S. COURT HOUSE
222 W. 7TH AVE #4
ANCHORAGE ALASKA. 99513-7564

995134-7564