ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

FELIPE SANCHEZ-MONTES          Case No. 3:99-CR-00036-HRH

    Petitioner

vs.

UNITED STATES OF AMERICA,

    Respondents.

RECEIVED

MAR 1 7 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

---

AMENDED TITLE 28 UNITED STATES CODE SECTION 2255

Pursuant to Federal Rule Civil Procedure 15(c)(2)

"Relation Back Theory"

Cite: Mayle vs. Felix, 162 L.Ed.2d 582 (2005)

---

Now Comes; petitioner Sanchez-Montes with this amended [docket #457] Motion To Vacate, set aside, or correct a sentence under Title 28 United States Code Section 2255 pursuant to Federal Rule Civil Procedure 15(c)(2) "Relation Back Theory", on the following jurisdictonal and constitutional claims.

"CLAIM ONE"

"FACT" .... Count Number One fails to properly state or charge a federal crime or offense, as it alleges a violation of Title 21 United States Code Section 846 "Conspiracy" to possess with the intent to distribute "Crack Cocaine" and "Cocaine" in violation of 21 USC §841(a)(1).

However; under 21 USC §841(a)(1)(A) the lack of the jurisdictional element of any specified amount of drugs ["No Actual Amount Of Illegal Drugs"] limits the court's jurisdiction or the indictment should be dismissd with prejudice as "Void Ab Initio", as the acceptance of defendant's guilty plea based on the foregoing claims limits the sentence to a maximun of One Hundered and Twenty Months ..... Not the Three Hundred and Four Months imposed without jurisdiction .... imposed by a "Sua Sponte" determination by the court of the jurisdictional element of drug amounts not identified nor specified in the criminal indictment .... in violation of due process [actual notice].

"Judicial Notice"
Title 21 United States Code Section 841(a)(1)(A)

Wherefore; will The Honorable H. Russel Holland hereby grant this request to prevent a miscarrage of justice?

"CLAIM TWO"

Defendant was denied his statutory right to a direct appeal of his sentence via 18 United States Code Section 3742(a)(1)(2), as Congress made this the "Exclusive Avenue" in which a defendant can address any and all sentencing

guideline issues, as they are barred from adjudication under 28 USC §2255.

"Cause and Prejudice"

1) A violation of Federal Rule Criminal Procedure 32(c)(5) at sentencing by the judge, caused defendant to loose his statutory right to a direct appeal.

2) Ineffective counsel failed to file a direct appeal or to protect defendant's statutory right to a direct appeal via 18 USC §3742(a)(1)(2).

"Binding Precedent" .... Cites: Roe vs. Flores-Ortega, ____ L.Ed.2d ____ (2000) and Peguero vs United States, 143 L.Ed. 18 (1999)

Wherefore; will The Honorable H. Russel Holland issue a "Nunc Pro Tunc" order placing defendant Sanchez-Montes into a position to timely appeal his illegal sentence, based on the foregoing claims?

"CLAIM THREE"

The criminal indictment is void as the jurisdictional time limit of five [5] years was not timely to return a criminal indictment identifying defendant.

"CLAIM FOUR"

Through information and belief the United States Attorney provided false and coached perjured testimony by the goverment's witness identifying defendant, in violation of due process.

An Evidentuary Hearing is required on this claim, to expand the record.

"IN CONCLUSION"

Will this Honorable Court hereby grant defendant's request to amend via Federal Rule Civil Procedure 15(c)(2) "Relation Back Theory" based on the foregoing jurisdictional and constitutional claims as presented?

Signed, dated and mailed
March 13th, 2008

Respectfully Submitted;

*[signature]*

Felipe Sanchez-Montes

13723-006

USP Victorville

Box 5500

Adelanto, California 92301

