**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,
    Plaintiff,

Case Numbers 3:99-cr-00036-HRH-14
             3:08-cv-00081-HRH

v.

FELIPE SANCHEZ MONTES,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT defendant's application for post-conviction relief under 28 U.S.C. 2255 is dismissed without prejudice.

APPROVED:

_____
H. Russel Holland
United States District Judge

_____      _Ida Romack_
Date: April 17, 2008             Clerk of Court

                             _Pam Richter_
                             (By) Deputy Clerk

[montes judgment.wpd]