ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

FELIPE SANCHEZ-MONTES

    Petitioner

vs.

UNITED STATES OF AMERICA,

    Respondents.

Case No. 3:99-CR-00036-HRH

**RECEIVED**

APR 1 8 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

"NOTICE TO APPEAL"

Now Comes; defendant Sanchez-Montes with this "NOTICE TO APPEAL", the court's order entered on April 1st, 2008, denying defendant's 28 USC §3582(c)(2) Motion To Modify A Sentence, based on the "Retroactive Amendment" effective March 3rd, 2008 on crack cocaine.

Defendant Felipe Sanchez Montes request a "De Novo" review from the Ninth Circuit Court of Appeals.

Signed, dated and mailed

March 15th, 2008

                          Respectfully Submitted;

                          Felipe Sanchez-Montes

                          13723-006

                          USP Victorville

                          Box 5500

                          Adelanto, California 92301

NAME Felipe Sanchez Montes
REG # 13723-006
UNITED STATES PENITENTIARY
P.O. BOX 5500
ADELANTO, CA 92301

LEGAL
MAIL

SAN BERNARDINO CA 924
16 APR 2008 PM 5 T

CLERK
United States District Court
Federal Building & U.S. Courthouse
222 W. 7th Avenue #4
Anchorage, Alaska