RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAY 0 5 2008

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

FILED _____
DOCKETED _____
DATE    INITIAL

# 08-35366

**CASE INFORMATION:**
Short Case Title: USA v Palacios-Ibarra et al
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: H. RUSSEL HOLLAND-3:99-cr-00036-HRH-JDR
Date Indictment Filed: 3/16/99
Date Appealed Order *entered*: 4/1/08
Date NOA *filed*: 4/18/08
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)    __pending

**RECEIVED**

MAY 0 9 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Court Reporter(s) Name and Phone Number: Dan Maus-907-677-6123.

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: __        Date Docket Fee billed: __
Date FP granted: __             Date FP denied: __
Is FP pending? __no             Was FP Limited/Revoked?
US Government Appeal? no        Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                    Appellee Counsel:

**Felipe Sanchez Montes**              **Audrey J. Renschen**
13723006                              U.S. Attorney's Office (Anch)
USP Victorville                       Anchorage
P.O. Box 5500                         222 West 7th Avenue, #9
Adelanto, CA 92301                    Anchorage, AK 99513
PRO SE

__retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: 13723-006        Address: __
Custody: __                   Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form: Nancy Lealaisalanoa-907-677-6122.