


Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

**RECEIVED** (415) 355-8000

May 5, 2008

MAY 0 9 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

USCA9 No.: 08-35366
D.C. No.: CV-05-00055-a-HRH
Short Title: USA v. Felipe Sanchez-Montes

Dear Counsel,

    The Clerk's Office of the United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and/or request for a certificate of appealability. **A briefing schedule will not be set until the court determines whether a certificate of appealability should issue.**

    Absent an emergency, all subsequent filings in this matter will be referred to the panel assigned to consider whether or not to grant the certificate of appealability.

    All subsequent letters and requests for information regarding this matter will be added to your file to be considered at the same time the cause is brought before the court.

    The U.S. Court of Appeals docket number shown above has been assigned to your case. You must indicate the docket number and title of your case when corresponding with the court about your case.